**David A. CLARKE, et al.**

v.

**UNITED STATES of America,**
**Appellant.**

**No. 88–5439.**

United States Court of Appeals,
District of Columbia Circuit.

Dec. 15, 1989.

Before EDWARDS and BUCKLEY,
Circuit Judges, and ROBINSON, Senior
Circuit Judge.

**ORDER**

v.

**UNITED STATES of America,**
**Appellant.**

**No. 88–5439.**

United States Court of Appeals,
District of Columbia Circuit.

Dec. 15, 1989.

Before EDWARDS and BUCKLEY,
Circuit Judges, and ROBINSON, Senior
Circuit Judge.

**ORDER**

**David A. CLARKE, et al.**

v.

**UNITED STATES of America,**
**Appellant.**

**No. 88–5439.**

United States Court of Appeals,
District of Columbia Circuit.

Dec. 15, 1989.

Before WALD, Chief Judge, and
MIKVA, EDWARDS, RUTH B.
GINSBURG, SILBERMAN, BUCKLEY,
WILLIAMS, D.H. GINSBURG and
SENTELLE, Circuit Judges.

**ORDER**

PER CURIAM.

Appellant's Suggestion For Rehearing
*En Banc* has been circulated to the full
court. The taking of a vote was requested.
Thereafter, a majority of the judges of the
court in regular active service did not vote
in favor of the suggestion. Upon consideration of the foregoing it is

ORDERED, by the Court *en banc*, that
the suggestion is denied and it is

FURTHER ORDERED, by the Court *en
banc*, on its own motion, that the Clerk is
directed to further withhold issuance of the
mandate herein pending disposition by the
*en banc* Court of appellant's Suggestion of
Mootness and Motion to Vacate.

SENTELLE, Circuit Judge, files a
dissenting statement joined by
SILBERMAN, WILLIAMS, and D.H.
GINSBURG, Circuit Judges.

SENTELLE, Circuit Judge, joined by SILBERMAN, WILLIAMS, and D.H. GINSBURG, Circuit Judges, dissenting from the denial of en banc:

While I question the decision of this Court to deny en banc review of the merits of this case, I will not at this time publish a separate statement of the reasons in dissent. I take this tack because in my view our jurisdiction over the case is questionable for the reasons set forth in appellant's suggestion of mootness. Therefore, pending decision of the mootness motion, I simply reserve my right to file a dissenting opinion on the merits should the final mandate in this case ever issue. That is, I withhold my dissent at present in view of the possibility that the panel opinion may be vacated under *United States v. Munsingwear*, 340 U.S. 36, 71 S.Ct. 104, 95 L.Ed. 36 (1950), and my need to dissent be erased. However, should the en banc Court determine this matter not to be moot, and should the panel decision stand and the mandate issue, I view it as likely that I will at that time find it necessary to file my separate dissent from the denial of en banc review on the merits.